ACCEPTED
12-15-00057-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/4/2015 10:22:55 AM
CATHY LUSK
CLERK

Trial Court Cause No. 39,676-G

| | | |
|---|---|---|
| IN THE GUARDIANSHIP OF | § | TWELFTH COURT OF APPEALS |
| | § | |
| JAMES N. CONIS | § | |
| | § | |
| AN INCAPACITATED PERSON | § | TYLER, TEXAS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/4/2015 10:22:55 AM
CATHY S. LUSK
Clerk

## MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL

COMES NOW James Mason Conis (Petitioner) and files this Motion to Extend Time to File Notice of Appeal. The final order in this case, dismissing Petitioner's Guardianship Application, was signed by the lower court judge, Judge Getz, on December 1, 2014. Thus, the original deadline would have been January 1, 2015 to file a notice of appeal. Time extension is needed because Petitioner never received the final order signed by the lower court judge until February 4, 2015, when Petitioner contacted the court to see if a final order was forthcoming in the case. Only then, did Petitioner become aware that the final order had been signed. By law, the lower court should have sent Petitioner a copy of said final order, and never did.

Petitioner has filed his notice of Appeal with the trial court today, March 4, 2015, adhering to the 30-day filing period, thus, the extension is only necessary to account for the slip in time for when Petitioner received legal notice that a final order dismissing his case had indeed been signed.

Most Sincerely,

James M. Conis, Pro Se
4275 Hilltop Rd
Harrisonburg, VA 22801
801-882-1284

## CERTIFICATE OF SERVICE

The following listed attorneys of record were served copies of the foregoing documents by email notification from Texas e-file system on this day, March 4, 2015.


James M. Conis, Pro Se
82 E 1340 N
Orem, UT 84057
801-882-1284


Mr. J. Scott Killough
Bar Card Number: 11411050
4660 Kinsey Dr
Tyler, TX 75703-1007
Ph: 903-561-8280
Ad Litem Attorney for Proposed Ward, James N. Conis


Kevin L. Ferrier, Esq.
Bar Card Number: 00787461
222 E. Amherst
Suite 100
Tyler, TX 75701
Phone: 903.592.9757
Attorney for Candace Swimberghe



James Conis <jimconis@gmail.com>

## Copy of Order

Patricia Peralta <PPeralta@smith-county.com>
To: "jimconis@gmail.com" <jimconis@gmail.com>

Wed, Feb 4, 2015 at 1:40 PM

Mr. Conis,

Attached is your requested copy of the order on cause no. 39,676-G. Also attached are your receipts for payment: one from our office and one from our card processing service.

Thank you,

Patricia Peralta

Smith County Clerk's Office

Deputy Clerk

Probate Department

200 E. Ferguson, Ste. 300

Tyler, TX 75702

903.590.4678

pperalta@smith-county.com

www.smith-county.com

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

**3 attachments**

 **39676G ord dissm.pdf**
320K

 **Receipt.pdf**
39K